AO 91 (Rev. 11/11) Criminal Complaint

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
Jul 29, 2026
SEAN F. MCAVOY, CLERK

# UNITED STATES DISTRICT COURT
for the
**Eastern District of Washington**

**UNITED STATES OF AMERICA,**
*Plaintiff,*

v.

Luis TAFOLLA-Romero
AKA Jose TAFOLLA-Martinez
*Defendant.*

Case No.: 4:26-mj-07177-ACE

## CRIMINAL COMPLAINT

I, Robert Luquette, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of July 27, 2026, in the county of Franklin in the Eastern District of Washington, the defendant(s) violated:

| ***Code Section*** | ***Offense Description*** |
|---|---|
| 8 U.S.C. § 1326 | Alien in the United States After Deportation |

This criminal complaint is based on these facts:

On or about July 27, 2026, Luis TAFOLLA-Romero, herein referred to as TAFOLLA-Romero, a citizen and national of Mexico, who theretofore on or about November 21, 1997, had been deported from the United States at El Paso, Texas, was identified in the United States by, Border Patrol Agent (BPA) Forest Grow, in the Franklin County Jail, Franklin County, Washington, within the Eastern District of Washington.

TAFOLLA-Romero, did not have the express consent of the Attorney General or the Attorney General's successor, the Secretary of the Department of Homeland Security (6 U.S.C. §§ 101, 202(3) & (4), 402, 557), to reapply for admission into the United States, all in violation of 8 U.S.C. § 1326.

I further state that I am a Border Patrol Agent (BPA), and that this complaint is based on the following facts: I have read and reviewed the information in federal immigration databases that TAFOLLA-Romero is a citizen and national of Mexico who was deported from the United States on or about November 21, 1997 at El Paso, Texas.

On July 27, 2026, BPA Forest Grow discovered that TAFOLLA-Romero AKA Jose TAFOLLA-Martinez had been booked into the Franklin County Jail, Franklin County, Washington in the Eastern District

☒ Continued on the attached sheet.

of Washington. BPA Grow learned of TAFOLLA-Romero's arrest through review of the Franklin County Jail roster (which is entitled "Inmate Inquiry"), which is publicly available on the Internet. TAFOLLA-Romero was booked on July 26, 2026, for a burglary allegation.

After I learned of TAFOLLA-Romero's arrest, I checked TAFOLLA-Romero in NCIC (National Criminal Information Center), which is a nationwide database operated by the Federal Bureau of Investigation which, among other information, tracks the number of times and locations where a known set of fingerprints (*i.e.*, fingerprints known to be associated with a particular individual) have been taken during, among other encounters where fingerprints might be taken, an individual's booking into a jail facility. I am aware through my training and experience that an individual being booked into a jail facility will typically have their fingerprints taken. My check through NCIC for TAFOLLA-Romero was to determine if NCIC had identified any fingerprints taken from TAFOLLA-Romero when booked into the Franklin County Jail on July 26, 2026. When I queried TAFOLLA-Romero in NCIC, NCIC indicated that TAFOLLA-Romero had been fingerprinted during booking in the Franklin County Jail on July 26, 2026, and is associated with FBI number 823036FB9. I am aware that an FBI number is a unique identifier that is associated with a particular individual's fingerprint record. FBI number 823036FB9 was run through EARM (Enforce Alien Removal Module), which is a database used by United States Immigration and Customs Enforcement to track the processing and deportation status of persons in or previously subject to immigration removal proceedings. EARM confirmed that FBI number 823036FB9 was associated with Alien number A074095065. I am aware that an Alien number is a unique identifier assigned to track a non-United States citizen's immigration records with the United States Government. EARM confirmed that Alien number A074095065 is associated with TAFOLLA-Romero AKA Jose TAFOLLA-Martinez. TAFOLLA-Romero's Alien number is, in turn, the same as that associated with TAFOLLA-Romero's November 21, 1997, removal from the United States at El Paso, Texas.

In summary, NCIC – through NCIC's receipt of data concerning TAFOLLA-Romero's fingerprints being taken on July 26, 2026, at the Franklin County Jail – confirmed that the TAFOLLA-Romero associated with FBI number 823036FB9 was the TAFOLLA-Romero booked into the Franklin County Jail on July 19, 2026. EARM then confirmed that the TAFOLLA-Romero associated with FBI number 823036FB9 is the same TAFOLLA-Romero associated with Alien number A074095065. EARM also confirmed that the TAFOLLA-Romero associated with Alien number A074095065 is the same TAFOLLA-Romero associated with the November 21, 1997, removal from the United States at El Paso, Texas. These databases serve the purpose of providing law enforcement with accessible data and records to allow law enforcement to confirm whether a particular individual is in fact the individual sought or encountered by law enforcement. The listed identifiers (FBI number and Alien number) are unique to TAFOLLA-Romero and connect the TAFOLLA-Romero booked in the Franklin County Jail on July 26, 2026, with the TAFOLLA-Romero removed from the United States on

November 21, 1997. Probable cause accordingly exists to believe that the TAFOLLA-Romero booked into the Franklin County Jail on July 26, 2026, is the same TAFOLLA-Romero removed from the United States on November 21, 1997.

Based on my knowledge as foresaid, neither the Attorney General, nor the Attorney General's successor, the Secretary of the Department of Homeland Security has approved the Defendant for re-admission into the United States.

Robert Luquette
*Complainant's signature*

Robert Luquette, Border Patrol Agent
*Printed name and title*

☐Sworn to before me and signed in my presence.
☒Sworn to before me telephonically and signed electronically.

Date: 07/27/2026

Alexander C. Ekstrom
*Judge's signature*

City and state: Yakima, WA

Alexander C. Ekstrom, United States Magistrate Judge
*Printed name and title*